JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHNSON, ) | Case No.  CV-09-02227 SJO (JTLx) |
|          Plaintiff, ) | ORDER DISMISSING ENTIRE ACTION AND PERMITTING THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT |
|     vs. ) | |
| CMRE FINANCIAL SERVICES, ) INC.; et al.; ) | **Upcoming Dates**: Hearing On MSJ: August 17, 2009 Pre-Trial Conf.: February 8, 2010 |
|          Defendants. ) | Trial: February 16, 2010 |

Pursuant to the stipulation of the parties and joint notice of settlement:

IT IS ORDERED that all hearing dates are taken OFF calendar, the entire action is dismissed, with the Court to retain full jurisdiction for 45 days.

In the event that the Court receives notice within 45 days of entry of this order that any party has not consummated the settlement agreement or complied with its terms, the Court will set a hearing depending on the information received; otherwise, after 45 days this dismissal will be considered with prejudice.

Dated this 14th day of August, 2009.         *S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

- 1 -